IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

vs.                                    CASE NO.  4:01-CR-028-SPM

**LYNDOM BURL BAKER,**

    **Defendant.**

_____/

**ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION
AND DENYING MOTION TO VACATE SENTENCE**

**THIS CAUSE** comes before the Court upon the magistrate judge's report and recommendation (doc. 100) filed May 10, 2006. The parties have been furnished a copy and have been afforded an opportunity to file objections. No objections were filed.

Pursuant to Title 28, United States Code, Section 636(b)(1), I have determined that the report and recommendation should be adopted.

Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1.     The magistrate judge's report and recommendation (doc. 100) is adopted and incorporated by reference in this order.

2. The motion to vacate, set aside or correct sentence (doc. 86) is hereby *denied*.

**DONE AND ORDERED** this <u>thirteenth</u> day of June, 2006.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge