**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

UNITED STATES OF AMERICA

vs.                                                            CASE NO.: 4:01cr28-SPM

LYNDON BURL BAKER,

       Defendant.

_____/

### ORDER DENYING MOTION TO MODIFY UNDER 18 U.S.C. § 3582

This cause comes before the Court on Defendant's motion (doc. 108) to modify sentence under the retroactive crack cocaine amendment (Amendments 706 and 711) and 18 U.S.C. § 3582(c).  The Government filed a response in opposition (doc. 109).

Upon review, the Court finds that Defendant is not entitled to a sentence reduction because application of the guideline amendment results in no change to his sentencing range.  Defendant is subject to a Career Offender enhancement, which sets his offense level at 37.  With a criminal history category of VI, Defendant's sentencing range remains 360 months to life imprisonment.  Because Defendant's sentencing range remains the same under the amended guidelines, he is not eligible for a reduction.  Accordingly, it is

ORDERED AND ADJUDGED that the motion (doc. 108) to modify

sentence is hereby *denied*.

DONE AND ORDERED this <u>fourteenth</u> day of July, 2008.


_s/ Stephan P. Mickle_

Stephan P. Mickle
United States District Judge