IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

vs.                                                               CASE NO.: 4:01-CR-28-SPM/GRJ

LYNDON B. BAKER,

      Defendant.

_____/

### ORDER ADOPTING REPORT AND RECOMMENDATION

THIS CAUSE comes before the Court for consideration of the Magistrate Judge's Report and Recommendation (doc. 117).  Defendant filed objections (doc. 119).

Pursuant to Title 28, United States Code, Section 636(b)(1) and despite defendant's objections, I find that the Report and Recommendation is correct and should be adopted.  Defendant has not sought or been granted leave by the appellate court to file a second or successive motion to vacate.  Therefore, review is foreclosed at this time.

Accordingly, it is hereby ORDERED and ADJUDGED:

1.    The Magistrate Judge's Report and Recommendation (doc. 117) is **adopted** and incorporated by reference into this order.

2.    The motion of Defendant Lyndon B. Baker to vacate, set aside, or

correct sentence pursuant to 28 U.S.C. § 2255 (doc. 116) is

**denied**.

DONE AND ORDERED this 26th day of January, 2012.

*S/ Stephan P. Mickle*
Stephan P. Mickle
Senior United States District Judge